MICHAEL P. STONE, SBN 91142
MUNA BUSAILAH, and
MARC J. BERGER, members of
STONE BUSAILAH, LLP
*A Partnership of Professional Law Corporations*
200 East Del Mar Boulevard, Suite 202
Pasadena, California 91105

Tel. (626) 683-5600
Fax. (626) 683-5656
s.horvath@police-defense.com
m.berger@police-defense.com

Attorneys for Plaintiff Jason Tomlinson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 6/20/07*

JASON TOMLINSON

    Plaintiff/Petitioner,

v.

COUNTY OF MONTEREY, a political
subdivision of the State of California,
MONTEREY COUNTY BOARD OF
SUPERVISORS, MIKE KANALAKIS,
individually and in his official capacity
as Sheriff of Monterey County; MIKE
RICHARDS, in his individual capacity,
and DOES 2-10,

    Defendants/Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. C 07 00990 RMW

**STIPULATION RE CONTINUANCE OF MOTION HEARING AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**

WHEREAS, plaintiff's counsel has a pre-planned vacation scheduled for July 3, 2007 through July 8, 2007;

WHEREAS plaintiff's counsel contacted defense counsel upon recognizing the conflict of the hearing date and the pre-planned vacation to meet and confer regarding the proposed continuance;

WHEREAS counsel for defendants have no objection to a reasonable continuance of the hearing on the motion to dismiss and the case management conference; and

1

1    WHEREAS plaintiff's counsel sought guidance from the Court regarding available dates

2    for the contemplated continuance.

3    IT IS HEREBY STIPULATED by and between the parties that the Motion for Dismissal

4    will be heard on Friday July 27, 2007 at 9:00 a.m. and the Case Management Conference will

5    be held on Friday August 17, 2007 at 10:30 a.m.

6

7

8    Dated: _June 13_, 2007.                    STONE BUSAILAH, LLP

9

10                                              STEPHEN J. HORVATH, Attorney for

11                                              Plaintiff and Petitioner Jason Tomlinson

12

13    Dated: _6-15_, 2007.                      CHARLES J. McKEE, County Counsel

14

15                                              TRACI A. KIRKBRIDE, Deputy County

16                                              Counsel, Attorneys for COUNTY OF
                                                MONTEREY, MONTEREY COUNTY

17                                              BOARD OF SUPERVISORS, and
                                                MICHAEL KANALAKIS

18

19                          **ORDER OF CONTINUANCE**

20

21    IT IS HEREBY ORDERED that the that the Motion for Dismissal will be heard on

22    heard on Friday, July 27, 2007 at 9:00 a.m. and the Case Management Conference will be held

23    on Friday, August 17, 2007 at 10:30 a.m.

24

25

26    This _20_th of June, 2007.

27                                              Hon. Ronald M. Whyte
                                                United States District Judge

28

2