**E-FILED on** 8/23/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON TOMLINSON, | No. C-07-00990 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF MONTEREY; MONTEREY COUNTY BOARD OF SUPERVISORS; MIKE KANALAKIS; MIKE RICHARDS and DOES 1-10, | |
| Defendants. | |

    By order dated August 7, 2007, the court, declining to exercise supplemental jurisdiction over plaintiff's mandamus claim and finding plaintiff's federal claim to be premature, dismissed both of plaintiff's claims without prejudice. Accordingly, the judgment is entered against plaintiff and in favor of defendants. Plaintiff shall take nothing by way of his complaint.

DATED: 8/22/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT —No. C-07-00990 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Michael Peter Stone          M.Stone@police-defense.com

**Counsel for Defendants:**

Traci A. Kirkbride          kirkbrideta@co.monterey.ca.us

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    8/23/07                                     /s/ MAG
                                                **Chambers of Judge Whyte**